IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRE-VON D. DENNIS,

    Petitioner,

v.                                                                            4:21cv231-WS/HTC

RICKY D. DIXON,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed January 6, 2022. The magistrate judge recommends that Respondent's motion to dismiss be granted. Petitioner has filed objections (ECF No. 16) to the magistrate judge's report and recommendation.

Having reviewed the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is

hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 10) is hereby GRANTED.

3. Petitioner's habeas petition is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall close the file.

DONE AND ORDERED this   4th   day of   March  , 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE